1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY GUZMAN, | Case No.: 1:19-cv-0445 - JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 16) |
| Defendant. | |

On November 15, 2019, the parties stipulated for Plaintiff to have an extension of time to prepare and serve a confidential letter brief. (Doc. 16 at 1) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file her opening brief no later than **December 18, 2019**.

IT IS SO ORDERED.

Dated: **November 18, 2019**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE