UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY GUZMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:19-cv-445 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 19) |

       The Commissioner seeks an extension of time to respond to Plaintiff's opening brief requesting the deadline to respond to Plaintiff's opening brief be extended from January 21, 2020 to March 12, 2020. (Doc. 19) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 3), which was previously used by Plaintiff. (Docs. 16, 17) Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 3) Accordingly, the Court construes the stipulation of the parties to be a motion by the Commissioner to amend the Scheduling Order.

       S. Wyeth McAdam, counsel for the Commissioner, asserts she "needs additional time to complete review and analysis of the 1,815-page record, consider the issues raised in Plaintiff's brief, determine whether options exist for settlement, accommodate competing workload demands, draft the response, and go through the necessary in-house reviews." (Doc. 19 at 1-2) Ms. McAdam reports that she had nine merits briefs due in the District Court during January, and she anticipated preparing eight

briefs in February.  (*Id.* at 2)  In addition, Plaintiff has stipulated to the requested extension and does not oppose the request.  (*Id.*)  Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 19) is **GRANTED**;
2. The Commissioner **SHALL** file a response to the opening brief no later than **March 12, 2020**.

IT IS SO ORDERED.

Dated: __**February 3, 2020**__            __**/s/ Jennifer L. Thurston**__
                                                                                                               UNITED STATES MAGISTRATE JUDGE