# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY GUZMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:19-cv-445 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR A FURTHER EXTENSION OF TIME<br><br>(Doc. 19) |

　　　　The Commissioner seeks an extension of time to respond to Plaintiff's opening brief requesting the deadline to respond to Plaintiff's opening brief be extended from January 21, 2020 to March 12, 2020. (Doc. 19) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 3), which was previously used by Plaintiff. (Docs. 16, 17) Additional "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 3)

　　　　S. Wyeth McAdam, counsel for the Commissioner, asserts she "needs additional time to complete review and analysis of the 1,815-page record, consider the issues raised in Plaintiff's brief, determine whether options exist for settlement, accommodate competing workload demands, draft the response, and go through the necessary in-house reviews." (Doc. 21 at 1-2) This mirrors the reasons for the earlier request for an extension of time. (Doc. 19 at 1-2) However, Ms. McAdam also reports taking leave from the office, which was not anticipated at the time the prior request was filed. (*See*

*id.* at 2) In addition, Plaintiff has stipulated to the requested extension and does not oppose a further extension of time. (*Id.*) Good cause appearing, the Court **ORDERS**:

1. The request for an extension of time (Doc. 21) is **GRANTED**; and
2. The Commissioner **SHALL** file a response to the opening brief no later than **April 2, 2020**.

IT IS SO ORDERED.

Dated: **March 12, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE