**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANDY GUZMAN,<br><br>             Plaintiff,<br><br>   v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No.: 1:19-cv-0445 JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR FEES AND AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 28) |

Mandy Gonzalez and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 28) Subject to the terms of the stipulation, the Court **ORDERS:**

1. Plaintiff's motion for fees under the EAJA (Doc. 28) is **GRANTED**; and

2. Fees in the total amount of $6,118.90 are **AWARDED** to Plaintiff, Mandy Guzman.

IT IS SO ORDERED.

Dated:   **October 28, 2020**              /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE